## [ Mundorff *against* Singer.

If an obligee in a bond obtain a judgment against the principal, and suffer it to re-
main, without revival, until the lien on his lands be lost, and afterwards sue the surety
on the same bond, the latter cannot avail himself of the negligence of the plaintiff, as
a defence.

ERROR to the common pleas of *York* county.

*Scire facias* upon a judgment obtained on an administration bond
by John Singer, administrator of Emanuel Singer, against Martin
Ebert, administrator of Peter Mundorff deceased, in which the fol-
lowing facts were given in evidence.

Magdalena Singer, the wife of Emanuel Singer, died in 1805,
leaving her husband, and letters of administration on her personal
estate, were granted to George Stake, who, with Peter Mundorff
and one Weiser, entered into an administration bond to the com-
monwealth, in 1500 dollars. In 1813 Stake settled an account in
the orphans' court, exhibiting a balance of 502 pounds 13 shillings
and 4 pence, in his hands, which was confirmed. To recover this
balance a suit on the administration bond was brought, for the use
of Emanuel Singer *v.* Stake, to November term 1817, and on the
5th of April 1819, a judgment was entered for the penalty, on which
judgment a *scire facias* was sued out to August term 1819, to which
the sheriff returned *nihil,* and an *alias scire facias* to January term
1820, which was returned "made known." An appearance was
entered for the defendant, and no further proceedings being had
thereon, the lien of the said judgment on the lands of which George
Stake was seised, on the day of its entry, was suffered to expire.
These lands in York County, on the day of the said entry, were of
the value of 1600 dollars, from the 1st of April 1813, to the 1st of
April 1818; of 1500 from the 1st of January 1818, to the 1st of Ja-
nuary 1820 ; and, at the present time, of the value of 1100 dollars.
These lands were sold, on the 27th of December 1819, to Jacob
Weaver, for 1750 dollars; afterwards a suit was brought on the said
administration bond, Commonwealth for Emanuel Singer *v.* Martin
Ebert, Administrator of Peter Mundorff, and judgment recovered
thereon on the 15th of May 1829, for the penalty. On this judg-
ment the present *scire facias* was sued out. The defendant pleaded
payment, and contended that the negligence of Singer, in suffering
the lien on the land of Stake to expire, and not availing himself of
the lien on Stake's real estate, discharged the surety from responsi-
bility.

The court below (Durkee, President) charged the jury that the
neglect of the plaintiff to revive the judgment against Stake and con-

[Mundorff v. Singer.]

tinue the lien, was not available to the defendant, as an exemption from his liability.　Verdict and judgment for the plaintiff.

*Gardner*, for plaintiff in error, cited Commonwealth *v.* Miller, 8 *Serg. & Rawle* 452 ; Reed *v.* Garvin, 12 *Serg. & Rawle* 103; Arrison *v.* The Commonwealth, 1 *Watts* 374.

*Lewis* and *Barnitz*, contra, cited United States *v.* Simpson, 3 *Penns. Rep.* 437.

PER CURIAM.—It is impossible to distinguish this case from the United States *v.* Simpson, or to perceive an equity on which the surety might be discharged.

Judgment affirmed.